# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:05CR262

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| VS. | ) | <u>O R D E R</u> |
| | ) | |
| | ) | |
| ALBERTANO LOZA PENALOZA | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Defendant's motion to suppress and request for an evidentiary hearing.

Because the issues contained in the motion will be addressed during the trial,

**IT IS, THEREFORE, ORDERED** that a hearing and ruling on the Defendant's motion to suppress is hereby **DEFERRED** until trial.

2

**Signed: December 21, 2005**

Lacy H. Thornburg
United States District Judge